IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| PAMELA BUCHANAN LAWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:15-cv-00015 |
| v. ) | Senior Judge Haynes |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, Plaintiff's motion for judgment on the administrative record (Docket Entry No. 14) is **DENIED** and the Commissioner's decision is **AFFIRMED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge